**Order filed, August 12, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00519-CR

_____

### AARON  JAQUES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1391641**

---

## ORDER

The reporter's record in this case was due August 9, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Karen Young, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer and Spain.